IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:00CR3044 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH J. WILLIAMS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:01CR3014 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH J. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed motions to review detention, (4:00CR3044, filing no 107; 4:01CR3014, filing no. 38), are granted.

2) The defendant shall comply with all terms and conditions of his supervised release which were imposed at sentencing except as follows:

> On November 2, 2011, the defendant shall be released to reside at Sunrise Place in Norfolk, Nebraska and participate in that facility's residential dual-diagnosis program. The defendant shall fully comply with the requirements of his care and treatment program and all rules of the Sunrise Place facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain him pending a prompt hearing before the court.

3) The Marshal shall transport the defendant to the Marshal's holding area in the Lincoln Federal Building. The defendant shall be in the federal building by no later than 9:00 a.m. on November 2, 2011. The Marshal shall then release the defendant to a staff member or attorney of the Federal Public Defender's office, who shall then transport the defendant to Sunrise Place in Norfolk, Nebraska.

4) At the time of defendant's release to treatment, the U.S. Marshal's office shall provide him with a 30-day supply of any currently prescribed medication.

DATED this 26th day of October, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge