IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:00CR3044 |
| v. | ) | MEMORANDUM AND ORDER |
| KENNETH J. WILLIAMS, | ) | |
| Defendant. | ) | |

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:01CR3014 |
| v. | ) | |
| KENNETH J. WILLIAMS, | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed motions to amend conditions of release, (4:00CR3044, filing no 109; 4:01CR3014, filing no. 40), are granted.

2) The defendant shall comply with all terms and conditions of his supervised release which were imposed at sentencing except as follows:

> Upon defendant's successful completion and release from his residential dual-diagnosis program at Sunrise Place, currently scheduled for December 1, 2011, the defendant shall transition to the Unity House, in Hastings, Nebraska. The defendant shall fully comply with the requirements of his remaining treatment program(s), if any, and with all rules of the Unity House facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain him pending a prompt hearing before the court.

November 30, 2011.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge