IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:00CR3044 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH J. WILLIAMS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:01CR3014 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH J. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed motions, (4:00CR3044, filing no. 113; 4:01CR3014, filing no. 44), are granted.

2) The defendant's conditions of supervised release are amended as follows:

   a. The defendant shall transition to reside in his own apartment at Hastings, Nebraska, but must continue with treatment at the Unity House as determined by his counselor and his probation officer and fully participate in that treatment.

   b. The Defendant shall comply with all other terms and conditions of his supervised release.

January 30, 2012.                         BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge