IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:00CR3044 and |
| | ) | 4:01CR3014 |
| V. | ) | |
| | ) | |
| KENNETH J. WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the request of the United States Probation Officer, and with the agreement of counsel,

IT IS ORDERED that the petition for offender under supervision (filing 92, Case No. 4:00CR3044; filing 24, Case No. 4:01CR3014) is dismissed without prejudice. The defendant's April 3, 2012 revocation hearing is canceled.

DATED this 2nd day of April, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge